IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JERRY VERNON KING,

    Petitioner,                    No. CIV-S-03-0629 LKK KJM P

    vs.

MIKE KNOWLES,

    Respondent.               ORDER

                              /

        Petitioner is a California prisoner proceeding with an application for writ of habeas corpus under 28 U.S.C. § 2254.

        In his answer, respondent asserts as follows:

> In addition, the police found a spoon with methamphetamine on it in plain view on the bathroom counter (RT 191, 230-231, 250; see RT 594), suggesting that Petitioner was ready to prepare another "fix." Given Petitioner's admitted use of methamphetamine and given the relatively small amounts of methamphetamine found in the shaving kit, Kleenex box and on the spoon, there was abundant evidence showing that Petitioner had possessed methamphetamine for his personal use. (See Ex. 1 at 9.)

Answer at 12:8-13. The court has reviewed the citations to the record provided by respondent. None of the citations point to anything indicating that the substances found in the spoon, in the shaving kit, or Kleenex box actually were methamphetamine. From the court's review of the

record, it appears the parties stipulated that certain substances were in fact methamphetamine. RT 235:7-236:23.  But the court cannot locate the stipulation or anything indicating the substances found in the spoon, shaving kit, or Kleenex box were methamphetamine.

        Good cause appearing, IT IS HEREBY ORDERED that within fifteen days, respondent file supplemental briefing indicating what evidence was placed before the jury to show that the substances found in the spoon, shaving kit and Kleenex box identified above were methamphetamine.

DATED:  March 20, 2006.

_____
UNITED STATES MAGISTRATE JUDGE

1
king0629.157