IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JERRY VERNON KING,** | CIV S-03-0629 LKK KJM |
| Petitioner, | **ORDER** |
| v. | |
| **MIKE KNOWLES,** | |
| Respondent. | |

GOOD CAUSE APPEARING, Respondent's request for a 30-day extension of time in which to file a response in this matter is hereby GRANTED. Respondent's response is due on May 4, 2006.

Dated: April 3, 2006.

_____
UNITED STATES MAGISTRATE JUDGE

Order

1