IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JERRY VERNON KING,

    Petitioner,               No. CIV S-03-0629 LKK JFM P

    vs.

MIKE KNOWLES, Warden, et al.,

    Respondents.         <u>ORDER</u>

_____/

    Petitioner has requested an extension of time to file objections to the June 29, 2007 findings and recommendations. Good cause appearing, IT IS HEREBY ORDERED that:

    1. Petitioner's June 29, 2007 request for an extension of time is granted; and

    2. Petitioner is granted until August 31, 2007 in which to file objections to the June 20, 2007 findings and recommendations.

DATED: July 5, 2007.

UNITED STATES MAGISTRATE JUDGE

/001; king0629.111