**VICTOR S. HALTOM**
Attorney at Law
State Bar No. 155157
428 J Street, Suite 350
Sacramento, CA 95814
Telephone: (916) 444-8663
Facsimile: 444-1546
*e-mail: vshjah@aol.com*

Attorney for Petitioner
**JERRY VERNON KING**

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JERRY VERNON KING**, | CIV-S-03-0629 LKK JFM P |
| Petitioner, | **ORDER** |
| v. | |
| **MIKE KNOWLES**, Warden, et al., | |
| Respondents. | |

GOOD CAUSE APPEARING,

IT IS HEREBY ORDERED that petitioner's second application for an enlargement of time until September 17, 2007, to file objections to the June 20, 2007 findings and recommendations of the magistrate judge herein is granted. The objections shall be filed on or before September 17, 2007. No further extensions of time will be granted.

DATED: September 5, 2007.

UNITED STATES MAGISTRATE JUDGE

/king0629.eot2