1

2

3

4

5

6

7                    UNITED STATES DISTRICT COURT

8                FOR THE EASTERN DISTRICT OF CALIFORNIA

9
JERRY V. KING,
10                                      NO. CIV. S-03-0629 LKK/JFM P
          Petitioner,
11
     v.
12                                      O R D E R
MIKE KNOWLES, Warden,
13
          Respondent.
14 _____/

15        Petitioner appears before the court for a writ of habeas

16 corpus under 28 U.S.C. § 2254. Judgment was entered in the case on

17 September 27, 2007. On October 2, 2007, petitioner's counsel moved

18 for leave to withdraw as counsel and to be appointed as

19 petitioner's appellate counsel. On October 3, 2007, the court

20 issued a certificate of appealability and on March 23, 2009, the

21 Circuit court resolved the appeal. Accordingly, the motion for

22 leave to withdraw as counsel and request to be appointed as

23 appellate counsel is DENIED as moot.

24        IT IS SO ORDERED.

25        DATED:  April 2, 2009.

26

                              _____
                              LAWRENCE K. KARLTON
                              SENIOR JUDGE
                    1         UNITED STATES DISTRICT COURT